# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 3:13cr93/MCR/EMT
                                                          3:16cv224/MCR/EMT

PRESTON LEE JOHNSON

_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated June 6, 2016. ECF No. 87. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The "Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. 2255", ECF No. 86, is summarily **DENIED and DISMISSED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 2nd day of August, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**